IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GERARDO VILLAGOMEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  3:18-cv-00097 |
| | ) |
| POTATO KING TRANSPORTATION, INC. | ) |
| and SANDRA J. HORSTMANN, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between the parties that the above-entitled cause be dismissed, with prejudice, all matters in controversy having been fully settled, compromised and adjourned.

IT IS HEREBY FURTHER STIPULATED the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement and to adjudicate any liens.

Dated: August 12, 2019

Michael B. Gunzburg
Attorney for Plaintiff
Ridge & Downes
101 N. Wacker Drive
Suite 200
Chicago, IL  60606
(312) 372-8282
mgunzburg@ridgedownes.com

James R. Johnson
Attorney for Defendants
Lommen Abdo, P.A.
400 South Second Street, Suite 210
Grandview Professional Building
Hudson, WI  54016
(715) 386-8217
jamesj@lommen.com